

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| RUSSELL D. MILLER AND JULIET INVESTMENTS, INC., | § | No. 08-13-00091-CV |
| Appellants, | § | Appeal from |
| v. | § | 168th District Court |
| DARLENE ARGUMANIZ, INDIVIDUALLY AND ON BEHALF OF | § | of El Paso County, Texas |
| ARGMIL, INC., | § | (TC # 2013DCV1031) |
| Appellees. | § |  |

## CORRECTED JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment with respect to the award of past economic damages for fraud. We therefore affirm that part of the judgment of the court below. We reverse and render judgment in Russell's favor on the awards for past and future lost profits on the breach of fiduciary duty claim. We reverse the trial court's award of damages for mental anguish and render judgment in favor of Appellants. We likewise reverse and render judgment in Russell's favor on the award of attorneys' fees. The remainder of the judgment is affirmed, in accordance with the opinion of this Court.

We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF FEBRUARY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment)